1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   GAVIN L. GREENE (SBN 230807)
4  Assistant United States Attorney
        Room 7211 Federal Building
5       300 North Los Angeles Street
        Los Angeles, CA 90012
6       Telephone: (213) 894-4600
        Facsimile: (213) 894-0115
7       Email: Gavin.Greene@usdoj.gov

8  Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Gretta M. Bernabe, | Case No. CV10-02508 DDP (JEMx) |
| Plaintiff, | Judgment against Plaintiff and Counterclaim-Defendant Gretta M. Bernabe |
| vs. | |
| United States of America, | Hearing before Judge Pregerson: |
| Defendant. | Date:     December 19, 2011<br>Time:     10:00 a.m.<br>Address:  United States Courthouse<br>          Courtroom 3<br>          312 N. Spring Street<br>          Los Angeles, CA, 90012 |
| United States of America, | |
| Counterclaimant, | |
| vs. | |
| Gretta M. Bernabe, | |
| Counterclaim-Defendant. | |
| United States of America, | |
| Third Party Plaintiff, | |
| vs. | |
| Emmanuel Bernabe, | |
| Third Party Defendant. | |

1

1  The Motion for Summary Judgment filed by the United States of America
2  (Defendant and Counterclaimant) and against Gretta M. Bernabe (Plaintiff and
3  Counterclaim-Defendant), came on for hearing before the Court on December 19,
4  2011.  Based on the papers filed in this case, the arguments advanced at the
5  hearing, and all other matters properly made part of the record:
6  **IT IS ORDERED** that judgment is entered against Gretta M. Bernabe for all
7  relief requested in her Complaint for Refund and Abatement of Tax.
8  **IT IS FURTHER ORDERED** judgment is entered in favor of the United States
9  of America for its Counterclaim against Gretta M. Bernabe, and that Gretta M.
10 Bernabe is indebted to the United States of America in the amount of
11 $8,536,961.74 as of September 30, 2011, plus all subsequent statutory accruals as
12 allowed by law, including interest pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C.
13 §§ 6601 and 6621.
14 **IT IS FURTHER ORDERED** that Gretta Bernabe, Dahlia Jimenez, and
15 Emmanuel Bernabe are jointly and severally liable for the trust fund recovery
16 penalty related to Pleasant Care for the periods ending September 30, 2006,
17 December 31, 2006, and March 31, 2007.
18 ///
19 ///
20 ///

    **IT IS FURTHER ORDERED** that this Judgment resolves all issues in this case in favor of the United States.

    **IT IS SO ORDERED.**

Dated:  December 20, 2011

_____
DEAN D. PREGERSON
United States District Judge

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America